FILED
2016 May-27 PM 02:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| NIGEL WILLIAM QUARTEY, | ) |
| Petitioner, | ) |
| vs. | ) Case No. 4:16-cv-00185-MHH-TMP |
| LORETTA LYNCH, *et al.*, | ) |
| Respondent. | ) |

## **MEMORANDUM OPINION**

On March 25, 2016, the magistrate judge filed his Report and Recommendation in the above-styled cause, recommending that the Court dismiss this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 because the petition is moot. To date, no objections have been filed by either party. Based on the Court's review of the motion to dismiss, the supporting affidavit, and the report and recommendation, the Court adopts the report and accepts Judge Putnam's recommendation. Accordingly, the Court dismisses as moot Mr. Quartey's petition for a writ of *habeas corpus*. The Court will enter an order of final judgment.

DONE and ENTERED this 27th day of May, 2016.

MADELINE HUGHES HAIKALA
U.S. DISTRICT JUDGE